No. 854. OHIO EX REL. GREENSTEIN *v.* CLIFFORD ET AL., JUDGES. March 25, 1946. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Hugh M. Bennett* for petitioner.

No. 863. GARDNER *v.* CAPITAL TRANSIT Co. March 25, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Burton A. McGann* for petitioner.

No. 876. BEHRENS *v.* SMITH, SUPERINTENDENT. March 25, 1946. Petition for writ of certiorari to the Supreme Court of Washington denied. *Howard E. Foster* for petitioner.

No. 877. SANFORD *v.* SMITH, SUPERINTENDENT. March 25, 1946. Petition for writ of certiorari to the Supreme Court of Washington denied. *Howard E. Foster* for petitioner.

No. 888. STANFIELD, EXECUTRIX, *v.* PAUL REVERE LIFE INSURANCE Co. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *J. B. Moore* for petitioner. *D. I. Johnston* for respondent.

No. 802. MASSACHUSETTS MUTUAL LIFE INSURANCE Co. *v.* SECURITIES & EXCHANGE COMMISSION ET AL. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or